IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02605-JLK

THERESA RAMBOW,

    Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC, a Texas limited liability company,

    Defendant.
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

Kane, J.

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    Dated this 7th day of April, 2008.

                                  s/ John L. Kane
                                  John L. Kane, Senior District Judge
                                  United States District Court